| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION 15-tp50003-Martinez | DOCKET NUMBER *(Tran. Court)* 5:98CR50044-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Dan Davis 18937-013 | DISTRICT SOUTH DAKOTA | DIVISION WESTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Karen E. Schreier, US District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 10/07/2015  TO 10/6/2018 |

OFFENSE
MARIJUANA - SELL - DISTRIBUTE - OR DISPENSE 21:841A=MD.F

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 3, 2015
*Date*

Karen E. Schreier, US District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10 November, 2015
*Effective Date*

United States District Judge

FILED BY __RB__
Deputy Clerk
**Nov 24, 2015**
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

♦AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## District of South Dakota, Western Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| vs. | |
| DAN DAVIS | Case Number: 5:98-CR-50044-001 |
| | USM Number: 18937-013 |
| | Robert W. Van Norman |
| | Defendant's Attorney |

**FILED SEP 11 2008 CLERK**

### THE DEFENDANT:

■ pleaded guilty to count(s) **III of the Indictment**

☐ pleaded nolo contendere to count(s)   which was accepted by the court.

☐ was found guilty on count(s)   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Controlled Substance | 2/23/94 | III |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant the statutory and constitutional authority vested in this court.

☐ The defendant has been found not guilty on count(s) _____

■ Count(s) **I, II, IV, V and VI**   ☐ is   ■ are   dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

09/10/2008
Date of Imposition of Judgment

/s/ Richard H. Battey
Signature of Judge

RICHARD H. BATTEY, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

9-11-08
Date

AO 245B    (Rev. 12/03) Judgment in a
Sheet 2 — Imprisonment

Judgment - Page __2__ of __6__

DEFENDANT: DAN DAVIS
CASE NUMBER: 5:98-CR-50044-001

## IMPRISONMENT

■  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 120 months

☐  The court makes the following recommendations to the Bureau of Prisons:

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____    ☐ a.m.   ☐ p.m. on _____.

  ☐   as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. _____.

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Offices.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL

Case 4:15-tp-50003-JEM   Document 1   Entered on FLSD Docket 11/30/2015   Page 4 of 19
AO 245B   (Rev. Case 5:98-cr-50044-KES   Document 66   Filed 09/11/08   Page 3 of 6 PageID #: 176
Sheet 3 — Supervised Release

Judgment - Page __3__ of __6__

DEFENDANT:       DAN DAVIS
CASE NUMBER:     5:98-CR-50044-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another <u>federal, state or local</u> crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ■ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ■ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 4:15-tp-50003-JEM   Document 1   Entered on FLSD Docket 11/30/2015   Page 5 of 19
Case 5:98-cr-50044-KES   Document 66   Filed 09/11/08   Page 4 of 6 PageID #: 177

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment - Page 4 of 6

DEFENDANT: DAN DAVIS
CASE NUMBER: 5:98-CR-50044-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not consume any alcoholic beverages or frequent establishments whose primary business is the sale of alcoholic beverages.

2. The defendant shall submit to a warrantless search of his person, residence, place of business, or vehicle, at the discretion of the probation office.

3. The defendant shall provide the probation office with access to any requested financial information.

4. The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

5. The defendant shall pay a fine as ordered by the Court.

6. While under supervision in the District of South Dakota, the offender shall participate in the DROPS program as directed by the probation office.

7. The defendant shall participate in a program approved by and at the direction of the probation office for treatment of substance abuse.

8. The defendant shall reside and participate in a residential re-entry center as directed by the probation office. The defendant shall be classified as a pre-release case.

9. The defendant shall submit a sample of his blood, breath, or urine at the discretion or upon the request of the probation office.

10. The defendant shall participate in and complete a cognitive behavioral training program as directed by the probation office.

11. The defendant shall, at the discretion of the probation office, participate meaningfully in the U.S. Probation Office's Community Service Project while not gainfully employed, a full-time student, or otherwise productively occupied.

AO 245B    (Rev. Case 5:98-cr-50044-KES Document 66   Filed 09/11/08   Page 5 of 6 PageID #: 178
           Sheet 5 — Criminal Monetary Penalties

Judgment - Page 5 of 6

DEFENDANT:    DAN DAVIS
CASE NUMBER:  5:98-CR-50044-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine**   | **Restitution** |
|--------|----------------|------------|-----------------|
| TOTALS | $ 50           | $ 17,500   | $               |

☐   The determination of restitution is deferred until .
    An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority Or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

TOTALS                                    $ _____   $ _____

☐   Restitution amount ordered pursuant to plea agreement $

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐   the interest requirement is waived for the      ☐ fine     ☐ restitution.

   ☐   the interest requirement for the      ☐ fine     ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. Case 5:98-cr-50044-KES   Document 66   Filed 09/11/08   Page 6 of 6 PageID #: 179
Sheet 6 - Schedule of Payments

Judgment - Page 6 of 6

DEFENDANT:    DAN DAVIS
CASE NUMBER:  5:98-CR-50044-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ■   Lump sum payment of $ 50 (SVAF) due immediately.

  ☐  not later _____, or
  ☐  in accordance  ☐ C,   ☐ D,   ☐ E, or   ☐ F below); or

B ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D,   ☐ F below); or

C ☐   Payment in equal weekly (e.g., weekly, monthly, quarterly) installments of $ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after the date of this judgment; or

D ☐   Payment in equal weekly (e.g., weekly, monthly, or quarterly) installments of $ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ■   Payment of the criminal monetary penalties shall be due in regular quarterly installments of 50% of the deposits in the defendant's inmate trust account while the defendant is in custody. Any portion of the monetary obligation(s) not paid in full prior to the defendant's release from custody shall be due in monthly installments of $200, such payments to begin, 90 days following the defendant's release; or

F ☐   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Number (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.




☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:




Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**

JUN 18 1998

CLERK

---

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

DAN DAVIS,

           Defendant.

CR 98-50044

INDICTMENT

Conspiracy to Distribute Controlled Substance
(21 U.S.C. §§ 846 & 841(a)(1))
Distribution of Controlled Substance
(21 U.S.C. § 841(a)(1))

The Grand Jury charges:

COUNT I

Beginning at a time unknown to the Grand Jury, but no later than April 1993, and continuing through March 1994, at Deadwood and Rapid City, in the District of South Dakota, and elsewhere, the defendant, Dan Davis, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to possess with the intent to distribute and distribute methamphetamine, a Schedule II controlled substance, and marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

1

## COUNT II

On or about between December 1993 and February 24, 1994, inclusive, at Deadwood, in the District of South Dakota, the defendant, Dan Davis, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

On or about from February 18, 1994, through February 23, 1994, inclusive, at Deadwood, in the District of South Dakota, the defendant, Dan Davis, did knowingly and intentionally distribute marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT IV

On or about October 1993, at Deadwood, in the District of South Dakota, and elsewhere, the defendant, Dan Davis, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT V

On or about August 1993, at Deadwood, in the District of South Dakota, and elsewhere, the defendant, Dan Davis, did knowingly and intentionally distribute marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT VI

On or about July 1993, through August, 1993, inclusive, at Deadwood, in the District of South Dakota, and elsewhere, the defendant, Dan Davis, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL:

FOREMAN

KAREN E. SCHREIER
UNITED STATES ATTORNEY

By _____

CLOSED,TRANSFER

# U.S. District Court
## District of South Dakota (Western Division)
## CRIMINAL DOCKET FOR CASE #: 5:98-cr-50044-KES All Defendants

Case title: United States of America v. Davis

Date Filed: 06/18/1998
Date Terminated: 09/12/2008

Assigned to: U.S. District Judge Karen E. Schreier

Appeals court case number: '08-3217'
'Eighth Circuit Court of Appeals'

### Defendant (1)

**Dan Davis**
*TERMINATED: 09/12/2008*

represented by **Monica D. Colbath**
Monica D. Colbath, P.C.
P. O. Box 1809
Rapid City, SD 57709
(605) 391-2571
Email: ColbathLaw@hotmail.com
*TERMINATED: 04/30/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert W. Van Norman**
Van Norman Law Office
P.O. Box 8148
528 Kansas City Street, Suite 4
Rapid City, SD 57709-8148
721-4300
Email: rvanlawyer@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven Jay Rozan**
Steven Jay Rozan & Associates
2777 Allen Parkway, 10th Floor
Houston, TX 77019
(713) 627-3608
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                                        **Disposition**

| | |
|---|---|
| 21:84 and 841(a)(1) CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | Dismissed pursuant to plea agreement |
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (2) | Dismissed pursuant to plea agreement |
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (3) | 120 months imprisonment; 3 years supervised release; $17,500 fine; $50 SVAF assessment |
| 21:841(a)(1) CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (4-6) | Dismissed pursuant to plea agreement |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

**Clerk, USCOA**

---

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Mark A. Vargo**<br>U.S. Attorney's Office<br>Rapid City Office<br>515 Ninth St.<br>Room 201<br>Rapid City, SD 57701<br>342-7822<br>Email: USASD.ECFBounceback@usdoj.gov |

*TERMINATED: 06/07/2012*
*LEAD ATTORNEY*

**Jan L. Holmgren (USA)**
U.S. Attorney's Office (Sioux Falls, SD)

PO Box 2638
Sioux Falls, SD 57101-2638
330-4400
Fax: 330-4402
Email:
USASD.ECFBounceback@usdoj.gov
*TERMINATED: 10/01/2015*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/1998 | 1 | INDICTMENT by USA ; Counts filed against Dan Davis (1) count(s) 1, 2-6 (copy: USPO,USM,USA,FBI,US Mag, Chambers) (JLH) Additional attachment(s) added on 4/2/2007 (Holso, Jeana). (Entered: 06/19/1998) |
| 06/18/1998 | 3 | MOTION to seal case by USA as to Dan Davis (JLH) Additional attachment(s) added on 4/2/2007 (Holso, Jeana). (Entered: 06/19/1998) |
| 06/18/1998 | 4 | ORDER by Mag Judge Mark A. Moreno granting motion to seal case [3-1] (cc: all counsel) (JLH) Additional attachment(s) added on 4/2/2007 (Holso, Jeana). (Entered: 06/19/1998) |
| 03/27/2007 | | Arrest of Dan Davis in Florida. (JLH) (Entered: 04/18/2007) |
| 04/16/2007 | | Arrest of Dan Davis (JLH) (Entered: 04/18/2007) |
| 04/17/2007 | 6 | Minute Entry for proceedings held before Judge Marshall P. Young :Arraignment as to Dan Davis (1) Count 1,2-6 held on 4/17/2007 Plea Entered: Not Guilty, Detention Hearing as to Dan Davis held on 4/17/2007, Initial Appearance as to Dan Davis held on 4/17/2007 (Court Reporter FTR.) (JLH) (Entered: 04/18/2007) |
| 04/17/2007 | 7 | CJA 20 as to Dan Davis: Appointment of Attorney Monica D. Colbath for Dan Davis. Signed by Judge Marshall P. Young (JLH) (Entered: 04/18/2007) |
| 04/17/2007 | 8 | ORDER OF DETENTION as to Dan Davis. Signed by Judge Marshall P. Young on April 17, 2007. (JLH) (Entered: 04/18/2007) |
| 04/17/2007 | | Case unsealed as to Dan Davis (JLH) (Entered: 04/18/2007) |
| 04/23/2007 | 9 | Rule 5(c)(3) Documents Received as to Dan Davis. (Attachments: # 1 Docket Sheet; # 2 Report Commencing Criminal Action; # 3 Order on Initial Appearance; # 4 Stipulated Order; # 5 Waiver of Removal Hearing; # 6 Warrant of Removal.)(SST) (Entered: 04/23/2007) |
| 04/25/2007 | 10 | STANDING ORDER as to Dan Davis. Motions due by 6/12/2007. Pretrial Conference set for 6/26/2007 at 8:00 AM in RC 2nd Floor Courtroom before U. |

| | | |
|---|---|---|
| | | S. District Judge Richard H. Battey. Jury Trial set for 6/26/2007 at 9:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Signed by Judge Richard H. Battey on 4/24/07. (SST) (Entered: 04/25/2007) |
| 04/26/2007 | 13 | NOTICE OF ATTORNEY APPEARANCE: Robert W. Van Norman appearing for Dan Davis (Van Norman, Robert) (Entered: 04/26/2007) |
| 04/27/2007 | 14 | MOTION to Withdraw as Attorney by Monica D. Colbath. by Dan Davis. (Colbath, Monica) (Entered: 04/27/2007) |
| 04/30/2007 | 15 | ORDER granting 14 Motion to Withdraw as Attorney. Monica D. Colbath withdrawn from case as to Dan Davis (1). Signed by Judge Richard H. Battey on 4/30/2007. (BBH) (Entered: 04/30/2007) |
| 04/30/2007 | 16 | First MOTION for Continuance pursuant to 18:3161 by Dan Davis. (Van Norman, Robert) (Entered: 04/30/2007) |
| 05/02/2007 | 17 | ORDER granting 16 Motion for Continuance pursuant to 18:3161 as to Dan Davis (1). Motions due by 8/14/2007. Pretrial Conference set for 8/28/2007 at 8:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Jury Trial set for 8/28/2007 at 9:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Signed by Judge Richard H. Battey on 5/2/07. (SST) (Entered: 05/02/2007) |
| 05/02/2007 | 18 | CONSENT to continuance of trial, signed by Dan Davis. (SST) (Entered: 05/02/2007) |
| 05/10/2007 | 19 | Warrant Returned Executed on 4/16/07 in case as to Dan Davis. (SST) (Entered: 05/10/2007) |
| 05/21/2007 | 20 | CJA 20 as to Dan Davis: Authorization to Pay Monica Colbath. Amount: $423.78, Voucher # 07-05-18-000-173. Signed by Judge Richard H. Battey (JLH) (Entered: 05/21/2007) |
| 06/18/2007 | 21 | STIPULATION AND ORDER re handling and disposition of discovery materials as to Dan Davis Signed by Judge Richard H. Battey on 6/18/2007. (BBH) (Entered: 06/18/2007) |
| 06/22/2007 | 22 | Second MOTION for Continuance pursuant to 18:3161 by Dan Davis. (Van Norman, Robert) (Entered: 06/22/2007) |
| 06/25/2007 | 23 | WAIVER of Speedy Trial with original signature as to Dan Davis (BBH) (Entered: 06/25/2007) |
| 06/26/2007 | 24 | ORDER granting 22 Motion for Continuance pursuant to 18:3161 as to Dan Davis (1). Suppression hearing to be scheduled before Magistrate Judge Veronica L. Duffy, if necessary. Motions due by 10/16/2007. Pretrial Conference set for 10/30/2007 08:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Jury Trial set for 10/30/2007 09:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Signed by Judge Richard H. Battey on 6/26/2007. (BBH) (Entered: 06/26/2007) |
| 08/22/2007 | 25 | Third MOTION for Continuance pursuant to 18:3161 by Dan Davis. (Van Norman, Robert) (Entered: 08/22/2007) |

| | | |
|---|---|---|
| 08/29/2007 | 26 | ORDER granting 25 Motion for Continuance pursuant to 18:3161 as to Dan Davis (1). Motions due by 1/14/2008. Pretrial Conference set for 1/29/2008 08:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Jury Trial set for 1/29/2008 at 9:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Signed by Judge Richard H. Battey on August 28, 2007. (JLH) (Entered: 08/29/2007) |
| 10/10/2007 | 27 | WAIVER of Speedy Trial by Dan Davis (see page 2 of this document for defendant's original signature) (BBH) (Entered: 10/10/2007) |
| 10/30/2007 | 29 | MOTION for Admission Pro Hac Vice by Dan Davis. (Van Norman, Robert) Modified on 10/30/2007 (Horan, Bonnie). (Entered: 10/30/2007) |
| 10/31/2007 | 30 | MOTION for attorney Steven Jay Rozan to Appear Pro Hac Vice, filed by Dan Davis. (SST) (Entered: 10/31/2007) |
| 10/31/2007 | | NOTICE of Filing Error: Motion to Appear 29 filed by Defendant Dan Davis FILED IN ERROR. (SST) (Entered: 10/31/2007) |
| 10/31/2007 | 31 | ORDER granting 30 Motion for Attorney Steven Jay Rozan to Appear Pro Hac Vice as to Dan Davis (1). Signed by Judge Richard H. Battey on 10/31/07. (SST) (Entered: 10/31/2007) |
| 11/14/2007 | 34 | LETTER from Clerk's Office to Attorney Steven Rozan as to Dan Davis. (SST) (Entered: 11/14/2007) |
| 11/21/2007 | 35 | WAIVER of Speedy Trial signed by Dan Davis. (SST) (Entered: 11/21/2007) |
| 11/21/2007 | 36 | Fourth MOTION for Continuance pursuant to 18:3161 by Dan Davis. (Van Norman, Robert) (Entered: 11/21/2007) |
| 11/28/2007 | 37 | ORDER granting 36 Motion for Continuance pursuant to 18:3161 as to Dan Davis. If Suppression Hearing is necessary, to be scheduled before Judge Veronica L. Duffy. Motions due by 3/11/2008. Pretrial Conference set for 4/1/2008 08:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Jury Trial set for 4/1/2008 09:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Signed by Judge Richard H. Battey on 11/27/2007. (BBH) (Entered: 11/28/2007) |
| 01/29/2008 | 39 | Fifth MOTION for Continuance pursuant to 18:3161 by Dan Davis. (Van Norman, Robert) (Entered: 01/29/2008) |
| 01/30/2008 | 40 | ACKNOWLEDGMENT & WAIVER signed by Dan Davis. (SST) (Entered: 01/30/2008) |
| 01/31/2008 | 41 | ORDER granting 39 Motion for Continuance pursuant to 18:3161 as to Dan Davis (1). Motions due by 4/29/2008. Pretrial Conference set for 5/20/2008 08:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Jury Trial set for 5/20/2008 09:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Signed by Judge Richard H. Battey on 1/30/2008. (BBH) (Entered: 01/31/2008) |
| 03/06/2008 | 43 | MOTION for Hearing *to Determine the Existence of a Conspiracy* by Dan Davis. (Van Norman, Robert) (Entered: 03/06/2008) |

| 03/13/2008 | 44 | MEMORANDUM in Opposition by United States of America as to Dan Davis re 43 MOTION for Hearing *to Determine the Existence of a Conspiracy* (Vargo, Mark) (Entered: 03/13/2008) |
|---|---|---|
| 04/01/2008 | 45 | ORDER denying 43 Motion for Hearing to Determine the Existence of a Conspirac as to Dan Davis (1). Signed by U. S. District Judge Richard H. Battey on April 1, 2008. (JLH) (Entered: 04/01/2008) |
| 04/29/2008 | 46 | MOTION for Release of Brady Materials *Defendant's Brady/Giglio Motion* by Dan Davis. (Van Norman, Robert) (Entered: 04/29/2008) |
| 05/06/2008 | 47 | SCHEDULING ORDER as to Dan Davis. Pretrial Conference set for 5/16/2008 at 9:00 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Jury Selection set for 5/19/2008 at 10:30 AM in RC 2nd Floor Courtroom before U. S. District Judge Richard H. Battey. Jury Trial to commence thereafter. Signed by U. S. District Judge Richard H. Battey on 5/6/08. (SST) (Entered: 05/06/2008) |
| 05/06/2008 | 48 | MEMORANDUM in Opposition by United States of America as to Dan Davis re 46 MOTION for Release of Brady Materials *Defendant's Brady/Giglio Motion* (Vargo, Mark) (Entered: 05/06/2008) |
| 05/07/2008 | 49 | MOTION for Jury List by Dan Davis. (Van Norman, Robert) (Entered: 05/07/2008) |
| 05/09/2008 | 50 | ORDER granting 49 Motion for Jury List as to Dan Davis (1). Signed by U. S. District Judge Richard H. Battey on 5/9/2008. (BBH) (Entered: 05/09/2008) |
| 05/12/2008 | 51 | ORDER granting in part and denying in part 46 Motion for Release of Brady Materials as to Dan Davis (1). Signed by U. S. District Judge Richard H. Battey on 5/12/08. (SST) (Entered: 05/12/2008) |
| 05/12/2008 | 52 | Proposed Voir Dire by Dan Davis (Van Norman, Robert) (Entered: 05/12/2008) |
| 05/12/2008 | 53 | MOTION IN LIMINE: Part 1: re Prior Conviction; by Dan Davis. (Van Norman, Robert) (Entered: 05/12/2008) |
| 05/12/2008 | 54 | MOTION IN LIMINE: by Dan Davis. (Van Norman, Robert) (Entered: 05/12/2008) |
| 05/14/2008 | 55 | PLEA AGREEMENT as to Dan Davis (JLH) (Entered: 05/14/2008) |
| 05/14/2008 | 56 | STATEMENT Of Factual Basis as to Dan Davis (JLH) (Entered: 05/14/2008) |
| 05/14/2008 | 57 | PLEA AGREEMENT SUPPLEMENT as to Dan Davis (JLH) (Entered: 05/14/2008) |
| 05/16/2008 | 58 | NOTICE of Intent to Seek Increased Punishment Based Upon a Prior Conviction by United States of America as to Dan Davis (JLH) (Entered: 05/16/2008) |
| 05/16/2008 | 59 | Minute Entry for proceedings held before U. S. District Judge Richard H. Battey:Change of Plea Hearing as to Dan Davis held on 5/16/2008. Plea Entered: Guilty as to Count III of the Indictment (Court Reporter Judy Thompson.) (JLH) (Entered: 05/16/2008) |

| | | |
|---|---|---|
| 05/16/2008 | 60 | SENTENCING SCHEDULING ORDER as to Dan Davis Sentencing set for 8/27/2008 at 10:00 AM in Rapid City Courtroom 2 - Room 236 before U. S. District Judge Richard H. Battey. Signed by U. S. District Judge Richard H. Battey on May 16, 2008. (JLH) (Entered: 05/16/2008) |
| 08/20/2008 | 61 | MOTION to Continue *Sentencing* by Dan Davis. (Attachments: # 1 Letter)(Van Norman, Robert) (Entered: 08/20/2008) |
| 08/21/2008 | 62 | SCHEDULING ORDER as to Dan Davis. Sentencing set for 9/9/2008 at 9:00 AM in Rapid City Courtroom 2 - Room 236 before U. S. District Judge Richard H. Battey. Signed by U. S. District Judge Richard H. Battey on 8/21/08. (SST) (Entered: 08/21/2008) |
| 09/03/2008 | 63 | SENTENCING MEMORANDUM by Dan Davis (Attachments: # 1 Exhibit Letter from Marvin Schumacher to Hon Richard H. Battey, # 2 Exhibit DEA Agent Salley's Investigative Report)(Van Norman, Robert) (Entered: 09/03/2008) |
| 09/08/2008 | 64 | MOTION to Withdraw as Attorney by Steven Rozan. by Dan Davis. (Van Norman, Robert) (Entered: 09/08/2008) |
| 09/10/2008 | 65 | Minute Entry for proceedings held before U. S. District Judge Richard H. Battey: Sentencing as to Dan Davis held on 9/10/2008 for Dan Davis (1), Counts) 1, 2, 4-6, Dismissed pursuant to plea agreement; Count(s) 3, 120 months imprisonment; 3 years supervised release; $17,500 fine; $50 SVAF assessment. (Court Reporter Judy Thompson.) (SST) (Entered: 09/10/2008) |
| 09/11/2008 | 66 | JUDGMENT AND COMMITMENT as to Dan Davis (1), Count(s) 1, 2, 4-6, Dismissed pursuant to plea agreement; Count(s) 3, 120 months imprisonment; 3 years supervised release; $17,500 fine; $50 SVAF assessment. Signed by U. S. District Judge Richard H. Battey on 9/11/08. (SST) (Entered: 09/12/2008) |
| 09/15/2008 | 67 | ORDER as to Dan Davis. Signed by U. S. District Judge Richard H. Battey on 9/15/08. (SST) (Entered: 09/15/2008) |
| 09/17/2008 | 68 | RECEIPT for payment of SVAF Assessment: Receipt Number: SDX500001288. Receipt Amount: $50. (SST) (Entered: 09/17/2008) |
| 09/19/2008 | 69 | NOTICE OF APPEAL re 66 Judgment and Commitment. (SST) (Entered: 09/19/2008) |
| 09/19/2008 | 70 | RECEIPT for payment of Appellate Filing Fee: Receipt Number: SDX500001293. Receipt Amount: $455. (SST) (Entered: 09/19/2008) |
| 09/19/2008 | | COURT REPORTER Information (Sentencing Hearing): Judy Thompson, Thompson & Thompson Reporting, 909 St. Joseph Street, Suite 500, Rapid City, SD 57701, 605-348-8610. (SST) (Entered: 09/19/2008) |
| 09/19/2008 | 71 | NOTICE to Counsel re 69 NOTICE OF APPEAL as to Dan Davis. (SST) (Entered: 09/19/2008) |
| 09/22/2008 | 72 | NOTICE OF ATTORNEY APPEARANCE: Jan Leslie Holmgren appearing as additional counsel for USA. (SKM) (Entered: 09/22/2008) |
| 09/23/2008 | 73 | TRANSMITTAL of Notice of Appeal to 8th Circuit Court of Appeals re 69 |

| | | |
|---|---|---|
| | | Notice of Appeal - Final Judgment as to Dan Davis. (SST) (Entered: 09/23/2008) |
| 10/02/2008 | 74 | NOTIFICATION by USCA of Appellate Case Number as to Dan Davis: 08-3217 for 69 Notice of Appeal - Final Judgment. Appeal Record due by 10/16/2008. Transcript due by 10/16/2008. (SST) (Entered: 10/02/2008) |
| 10/16/2008 | 75 | TRANSCRIPT of Proceedings as to Dan Davis re 65 Sentencing, held on September 10, 2008 before Judge Richard H. Battey. Court Reporter/Transcriber: Judith M. Thompson, Telephone number 605-348-8610. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/6/2008. Redacted Transcript Deadline set for 11/17/2008. Release of Transcript Restriction set for 1/14/2009. (JT) (Entered: 10/16/2008) |
| 10/16/2008 | 76 | NOTICE of Filing of Official Transcript re 65 as to Dan Davis. (JT) (Entered: 10/16/2008) |
| 10/16/2008 | 77 | CLERK'S Record on Appeal as to Dan Davis sent to US Court of Appeals re 69 Notice of Appeal - Final Judgment. (SST) (Entered: 10/16/2008) |
| 10/22/2008 | 78 | TRANSCRIPT of Proceedings as to Dan Davis re 59 Change of Plea Hearing held on May 16, 2008 before Judge Richard H. Battey. Court Reporter/Transcriber: Judith M. Thompson, Telephone number 605-348-8610. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 11/12/2008. Redacted Transcript Deadline set for 11/24/2008. Release of Transcript Restriction set for 1/20/2009. (JT) (Entered: 10/22/2008) |
| 10/22/2008 | 79 | NOTICE of Filing of Official Transcript re 59 as to Dan Davis. (JT) (Entered: 10/22/2008) |
| 10/29/2008 | 80 | Judgment Returned Executed as to Dan Davis on 10/15/08. (CMS) (Entered: 10/29/2008) |
| 11/04/2008 | 81 | JUDGMENT of USCA dismissing appeal pursuant to Eighth Circuit Rule 47A(b) as to 69 Notice of Appeal - Final Judgment filed by Dan Davis (TAW) (Entered: 11/04/2008) |
| 12/10/2008 | 82 | ORDER of USCA denying petition for en banc rehearing as to 69 Notice of Appeal - Final Judgment filed by Dan Davis (TAW) (Entered: 12/12/2008) |
| 12/23/2008 | 83 | MANDATE from 8th Circuit COA as to Dan Davis dismissing appeal pursuant to Eighth Circuit Rule47A(b) re 73 Transmittal of Notice of Appeal to 8th Circuit COA, 74 USCA Case Number, 77 Appeal Record Sent to USCA, 82 USCA Order, 81 USCA Judgment, Court Reporter Information, 69 Notice of Appeal - Final Judgment (TAW) (Entered: 12/24/2008) |
| 01/20/2009 | | Terminate Deadlines and Hearings as to Dan Davis: (TAW) (Entered: 06/07/2012) |

| | | |
|---|---|---|
| 01/06/2010 | | Motion to Vacate, Set Aside or Correct sentence pursuant to 28:2255 as to Dan Davis; All further docketing and filing will be in civil case number: 09-5073. (SST) (Entered: 01/06/2010) |
| 11/19/2015 | 84 | Transfer of Jurisdiction of Supervised Release to Southern District of Florida as to Dan Davis. (KLK) (Entered: 11/19/2015) |
| 11/19/2015 | 85 | Notice to Southern District of Florida of a Transfer of Jurisdiction as to Dan Davis. If you require a copy of the payment history, please email your request to Denae_Swenson@sdd.uscourts.gov. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. The following documents are available on the public docket: 83 USCA Mandate, 81 USCA Judgment, 1 Sealed Indictment, 66 Judgment and Commitment,. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_SDD@sdd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (KLK) (Entered: 11/19/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/24/2015 07:56:04 | | | |
| **PACER Login:** | ud1358:4168830:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:98-cr-50044-KES |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |