UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 15-50003-TP-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAN DAVIS,

    Defendant.
_____/

### ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM

THIS MATTER came before the Court upon Defendant's Motion to Terminate Defendant's Supervised Release Term [ECF No. 2]. The Court having reviewed the motion and issues herein, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion for Early Termination of Supervised Release [ECF No. 2], is **DENIED without prejudice**. Defendant may refile his motion on or after **April 7, 2017.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of September, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record
U.S. Probation Office