UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:15-TP-50003-MARTINEZ

UNITED STATES OF AMERICA

vs.

DAN DAVIS,

        **Defendant.**
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION TO TERMINATE SUPERVISED RELEASE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Response to Defendant Dan Davis' *Second Motion to Terminate Defendant's Supervised Release Term* (the "Motion") [DE 6]. Based on the recommendation of Defendant's Probation Officer to grant this relief, Defendant's spotless record on supervised release, and the extraordinary efforts Defendant has made to rehabilitate himself,

including his volunteer efforts on behalf of disabled veterans, the government has no objection to the relief sought in the Motion.

>Respectfully submitted,
>
>BENJAMIN G. GREENBERG
>ACTING UNITED STATES ATTORNEY

By:  s/ Peter A. Forand_____
>PETER A. FORAND
>Assistant United States Attorney
>Fl. Bar. No. 682268
>U.S. Attorney's Office - SDFL
>99 Northeast Fourth Street, 6th Floor
>Miami, Florida 33132-2111
>Telephone: (305) 961-9060
>E-mail: Peter.Forand@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on April 21, 2017, and mailed the same to the following address on April 21, 2017:

Dan Davis
1221 Parker Street, Apt. 2
Key West, Florida 33040

>s/ Peter A. Forand_____
>PETER A. FORAND
>ASSISTANT UNITED STATES ATTORNEY