PROB 35
(Rev. 5/01)

SD/FL PACTS No. 91866

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAN DAVIS

Docket No. 4:15-TP-50003-JEM

On October 7, 2015, the above named commenced supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

David E. Stwarka
2017.04.20 19:01:15
-04'00'

David Stwarka
United States Probation Officer
(305) 295-8144 (Office)
(786) 348-8577 (Cell)

## ORDER OF COURT

Pursuant to the above report, it is ordered the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24 day of April, 20 17.

The Honorable Jose E. Martinez
United States District Judge
Miami, Florida